IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR555 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES L. ANDERSON, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

James L. Anderson has filed a "Motion for Modification of Sentence Pursuant to § 3553(a)." (Filing no. 73.) Generally speaking, I have no power to modify a prison sentence that has long since become final.[1] Moreover, and as the Court of Appeals recognized in denying Mr. Anderson's direct appeal (filing no. 70), since I imposed the prison sentence pursuant to a Rule 11(c)(1)(C) plea agreement, Mr. Anderson received the sentence he requested. While I compliment Mr. Anderson for working hard in prison to better himself, I have no power to do what he asks. Therefore,

IT IS ORDERED that the Motion for Modification of Sentence Pursuant to § 3553(a) (filing no. 73) is denied. The Clerk shall mail a copy of this document to Mr. Anderson.

DATED this 3rd day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1]The deadline for filing a motion pursuant to 28 U.S.C. § 2255 passed roughly five years ago.